JS-6

|   |   |
|---|---|
| 1 | Matthew C. Bradford, Esq. (SBN 196798) |
| 2 | **ROBINSON BRADFORD LLP** |
|   | 3255 W. March Lane, Suite 230 |
| 3 | Stockton, CA  95219 |
| 4 | Telephone:     (209) 954-9001 |
|   | Facsimile:      (209) 954-9091 |
| 5 |   |
| 6 | Ivan Trahan (SBN 75143) |
|   | **Trahan Law Group** |
| 7 | 43471 Ridge Park Drive, Ste A |
|   | Temecula, CA 92590 |
| 8 |   |
|   | Telephone:     951-693 2080 |
| 9 | Facsimile:      951-257-5805 |

Attorneys for Plaintiff, Damon Webb

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| DAMON WEBB , | CASE NO.: 5:14-CV-01588-VAP-KK |
|---|---|
| Plaintiff, |  |
| vs. | **ORDER FOR DISMISSAL PURSUANT TO SETTLEMENT** |
| TOYOTA MOTOR CREDIT CORPORATION |  |
| Defendants. |  |

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the entire action is dismissed with prejudice. Each side will bear their own costs and attorneys' fees.

Date: July 8, 2015            _____

United States District Judge

ORDER FOR DISMISSAL PURSUANT TO SETTLEMENT
1